No. 31. BROCKINGTON *v.* RHODES, GOVERNOR OF OHIO, ET AL. Appeal from Sup. Ct. Ohio. [Probable jurisdiction noted, 393 U. S. 1078.] Further consideration of suggestion of mootness by certain appellees postponed to hearing of case.

No. 32. NATIONAL LABOR RELATIONS BOARD *v.* J. H. RUTTER-REX MANUFACTURING CO., INC., ET AL. C. A. 5th Cir. [Certiorari granted, 393 U. S. 1116.] Motion of Amalgamated Clothing Workers of America, AFL–CIO, for leave to participate in oral argument denied. *Jacob Sheinkman, Ralph N. Jackson,* and *James J. Graham* on the motion.

No. 33. SULLIVAN ET AL. *v.* LITTLE HUNTING PARK, INC., ET AL. Sup. Ct. App. Va. [Certiorari granted, 394 U. S. 942.] Motion of Anti-Defamation League of B'nai B'rith et al. for leave to file a brief as *amici curiae* granted. *Arnold Forster* for Anti-Defamation League of B'nai B'rith, *Sol Rabkin* for National Committee Against Discrimination in Housing, Inc., *Melvin L. Wulf* for American Civil Liberties Union, and *Edwin J. Lukas* for American Jewish Committee on the motion.

No. 39. HALL ET UX. *v.* BEALS, CLERK AND RECORDER OF EL PASO COUNTY, ET AL. Appeal from D. C. Colo. [Probable jurisdiction noted, 394 U. S. 1011.] Motion of Bipartisan Committee on Absentee Voting for leave to participate in oral argument as *amicus curiae* denied. *Joseph L. Rauh, Jr.,* and *John Silard* on the motion.

No. 40. CONWAY *v.* CALIFORNIA ADULT AUTHORITY ET AL. C. A. 9th Cir. [Certiorari granted, 393 U. S. 1062.] Motion of petitioner for an injunction and for appointment of new counsel denied. Typewritten brief submitted by petitioner ordered filed.